STATE v. THOMAS STYLES.

*Jurisdiction — Overseer of Western Turnpike Road — Neglect of Duty.*

·The Courts of Justices of the Peace have exclusive original jurisdiction (under § 4, ch. 81, Laws 1868–'9) of the offence of neglect of duty by overseers of the Western Turnpike Road.

INDICTMENT for Misdemeanor, tried at Fall Term, 1876, of JACKSON Superior Court, before *Cannon, J*

The defendant was overseer of a public road and charged with neglect of duty. Laws 1868–'9, ch. 81, § 4. Upon the trial in the Court below the defendant moved to quash the bill of indictment upon the ground that the Superior Court had no jurisdiction, because the Act of Assembly fixed the punishment at a fine of ten dollars.

His Honor allowed the motion and discharged the defendant. From this judgment the Solicitor for the State appealed.

*Attorney General,* for the State.

*Messrs. G. S. Ferguson* and *J. C. L. Gudger,* for the defendant.

FAIRCLOTH, J.  In pursuance of an Act, 1868–'9, ch. 81, the defendant was appointed overseer of a portion of the Western Turnpike Road, and was indicted in the Superior Court for neglecting to keep his part of said road in repair.

The 4th section declares that any such overseer who shall neglect for six continuous days to keep his allotment in a good and passable condition, shall be deemed guilty of a misdemeanor, and on conviction pay a fine of ten dollars.

Article IV, § 33 of the Constitution declares, "The several Justices of the Peace shall have exclusive original jurisdic-

tion under such regulations as the General Assembly shall prescribe　*　*　*　of all criminal matters arising within their counties, where the punishment cannot exceed a fine of fifty dollars or imprisonment for one month." According to these provisions it seems clear that a Justice of the Peace has exclusive original jurisdiction of this offence and the question is not affected by some subsequent Acts of Assembly intended to divest the jurisdiction of the Superior Court in certain cases.

His Honor quashed the bill of indictment for want of jurisdiction and we concur in his action.

There is no error. Let this be certified to the end, &c.

PER CURIAM.　　　　　　　　　　Judgment affirmed.